UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dim Njaka,

      Plaintiff,

v.                                                         Civil No. 07-1435 (JNE/SRN)
                                                       ORDER

Wright County, City of Rockford,
Deputy Lance Hellerud, and Douglas
Richard Duda,

      Defendants.

This case is before the Court on a Report and Recommendation issued by the Honorable Susan Richard Nelson, United States Magistrate Judge, on April 2, 2008. The magistrate judge recommended that the City of Rockford and Douglas Duda's motion to dismiss be granted; that Wright County and Deputy Lance Hellerud's motion to dismiss be granted in part and denied in part; that Wright County and Hellerud's motion to dismiss the amended complaint be denied as moot; that Plaintiff's motion for default judgment and for leave to amend be denied; and that Plaintiff's motion for entry of default be denied. Plaintiff objected to the Report and Recommendation. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

    1.     Defendants City of Rockford and Douglas Duda's motion to dismiss [Docket No. 8] is GRANTED.

    2.     Defendants Wright County and Deputy Hellerud's motion to dismiss [Docket No. 26] is GRANTED IN PART and DENIED IN PART.

    3.     Defendants Wright County and Deputy Hellerud's motion to dismiss the amended complaint [Docket No. 32] is DENIED AS MOOT.

    4.     Plaintiff's motion for default judgment and for leave to amend [Docket No. 19] is DENIED.

2

5. Plaintiff's motion for entry of default [Docket No. 39] is DENIED.

Dated: May 27, 2008

                                            s/ Joan N. Ericksen
                                            JOAN N. ERICKSEN
                                            United States District Judge